FILED
2007 Apr-27 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

### CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.                                          **CASE NUMBER:** MAG 07-111

MICHAEL WAYNE BOBO

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. That on or about April 26, in Jefferson County, in the Northern District of Alabama, the defendant, MICHAEL WAYNE BOBO,

who is an unlawful user of or addicted to a controlled substance, possessed a firearm,

in violation of Title 18, United States Code, Section 922(g)(3). I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:   ☑ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

4-26-07 _____ at Birmingham, Alabama
Date

_____
Robert R. Armstrong, Jr.
United States Magistrate Judge

## *PROBABLE CAUSE AFFIDAVIT*

I, Eric Hoxter, being duly sworn, depose and state that:

I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice, and have been so employed since August 15, 1999.

I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. I am also a graduate of the University of Georgia with a Bachelor of Arts in Criminal Justice and have two years law enforcement experience as a local police officer in Suwanee, Georgia. As a result of my training and experience as an ATF Special Agent, I am familiar with Federal criminal laws and know that it is a violation of:

Title 18 USC Section 922(g)(3), for any person who is an unlawful user of or addicted to any controlled substance to ship or transport in interstate or foreign commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

## **VIOLATION**

On January 26, 2007, Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), State Fire Marshals Office (SFM), Trussville Police Department (TPD), and the Jefferson County Sheriff's Office (JCSO) executed a federal search warrant at the residence of Michael Wayne BOBO, 6/2/1976, ████████████████████████████████████████

During the search of the residence, several firearms and a large quantity of ammunition was located in the upstairs portion of the residence. Also located was drug paraphernalia to include suspected marijuana cigarettes, and syringes.

Special Agent (SA) Lawrence Alt advised BOBO of his Miranda Rights and obtained a signed waiver of rights form. BOBO stated that he lived with his parents and occupied the upstairs portion of the residence. BOBO admitted to possessing the firearms located at the residence to include a Ruger Model 10/22, .22 caliber rifle with serial #253-96693. BOBO also informed agents that he is a user of marijuana since 1995 and has been smoking marijuana every other day for the past 2-3 months. BOBO also admitted that he has injected oxycontin in the past, but has not used oxycontin in the last 6-8 months.

The Ruger Model 10/22, .22 caliber rifle was manufactured in Southport, CT. and has affected interstate commerce.

## CONCLUSION

Based upon the above information, I believe probable cause exists that on April 26, 2007, Michael Wayne BOBO, possessed a firearm while being an unlawful user of a controlled substance in Jefferson County, in the Northern Judicial District of Alabama.

Special Agent, ATF

Approved by Assistant U.S. Attorney

Sworn to and subscribed before me this 26th day of April, 2007.

U.S. MAGISTRATE/DISTRICT JUDGE