AHM / MWW / EED: May 2007
GJ# 64

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.** |
| ) | |
| **MICHAEL WAYNE BOBO** ) | |

**COUNT ONE**: [18 U.S.C. § 922(g)(3)]

The Grand Jury charges that:

On or about the 26th day of April, 2007, in Jefferson County, within the Northern District of Alabama, the defendant,

**MICHAEL WAYNE BOBO,**

while being an unlawful user of a controlled substance, that is, marijuana, did knowingly possess in and affecting commerce a firearm, that is, a Ruger .22 caliber rifle, a Winchester 30-06 caliber rifle, a Romania 545 caliber rifle, a Savage 410 caliber shotgun, a Harrington and Richardson 12 gauge shotgun, a Reminton Arms Company 12 gauge shotun, a Ruger .223 caliber rifle, an Olympic Arms Inc. .223 caliber rifle, a Sig-Arms .40 caliber pistol, and a Kimber .45 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(3).

**COUNT TWO:**  [21 U.S.C. § 844(a)]

The Grand Jury charges that:

On or about the 26th day of April, 2007, in Jefferson County, within the Northern District of Alabama, the defendant,

**MICHAEL WAYNE BOBO,**

did knowingly and intentionally possess a controlled substance, that is, marijuana, in violation of Title 21, United States Code, Section 844(a).

A TRUE BILL


FOREMAN OF THE GRAND JURY

ALICE H. MARTIN
United States Attorney

MICHAEL W. WHISONANT
Assistant United States Attorney


*/s/ Enid E. Dean*
ENID E. DEAN
Special Assistant United States Attorney