FILED
2007 Jun-28 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

AHM / MWW / EED: July 2007
GJ# 13

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 2:07-CR-179-IPJ-RRA |
| ) | **(Superseding)** |
| **MICHAEL WAYNE BOBO** ) | |

INDICTMENT

**COUNT ONE**: [18 U.S.C. § 922(g)(3)]

The Grand Jury charges that:

On or about the 26th day of April, 2007, in Jefferson County, within the Northern District of Alabama, the defendant,

**MICHAEL WAYNE BOBO,**

while being an unlawful user of a controlled substance, that is, marijuana, did knowingly possess in and affecting commerce a firearm, that is, a Ruger .22 caliber rifle, a Winchester 30-06 caliber rifle, a Romania 545 caliber rifle, a Savage 410 caliber shotgun, a Harrington and Richardson 12 gauge shotgun, a Remington Arms Company 12 gauge shotgun, a Ruger .223 caliber rifle, an Olympic Arms Inc. .223 caliber rifle, a Sig-Arms .40 caliber pistol, and a Kimber .45 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(3).

**COUNT TWO:**  [21 U.S.C. § 844(a)]

The Grand Jury charges that:

On or about the 26th day of April, 2007, in Jefferson County, within the Northern District of Alabama, the defendant,

**MICHAEL WAYNE BOBO,**

did knowingly and intentionally possess a controlled substance, that is, marijuana, in violation of Title 21, United States Code, Section 844(a).

**COUNT THREE**: [26 U.S.C. § 5861(d)]

The Grand Jury charges that:

On or about the 26th day of April, 2007, in Jefferson County, within the Northern District of Alabama, the defendant,

**MICHAEL WAYNE BOBO,**

did possess a firearm, as that term is defined in Title 26 U.S.C. § 5845(a) and (f), to-wit, a destructive device, and more particularly described as a combination of parts designed and intended to use in converting a device into a destructive device and from which a destructive device may be readily assembled, which was not registered to him in the National Firearms Registration and Transfer Record, in

violation of Title 26, United States Code, Section 5861(d).

A TRUE BILL

/s/

FOREMAN OF THE GRAND JURY        ALICE H. MARTIN
                                 United States Attorney

                                 /s/
                                 MICHAEL W. WHISONANT
                                 Assistant United States Attorney