FILED
2007 Jun-29 AM 11:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.                                    CASE NUMBER CR-07-IPJ-179-S

MICHAEL WAYNE BOBO

## ORDER MODIFYING CONDITIONS OF RELEASE

The court hereby MODIFIES the conditions of the defendant's release, set May 2, 2007 by Magistrate Judge Robert R. Armstrong, Jr., the following condition is added:

(1)    That the probation officer James Cardwell visit and search the defendant's home on unannounced random basis.

This done by order of the court and without objections from the government.

The Clerk is directed to serve a copy of this order upon the defense counsel, the U.S. Attorney, and the U.S. Marshal.

DONE this the 29 day of June, 2007

ROBERT R. ARMSTRONG, JR.
UNITED STATES MAGISTRATE JUDGE